■ FIBERGLASS FABRICATORS, INC., Appellant, v C.O. FALTER CONSTRUCTION CORP., Respondent, et al., Defendants. (Appeal No. 3.) [984 NYS2d 914]—Appeal from a judgment of the Supreme Court, Onondaga County (John C. Cherundolo, A.J.), entered April 5, 2013. The judgment awarded attorney's fees to defendant C.O. Falter Construction Corp. after a nonjury trial.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs.

Same memorandum as in *Fiberglass Fabricators, Inc. v C.O. Falter Constr. Corp.* (117 AD3d 1540 [2014]). Present—Scudder, P.J., Peradotto, Carni, Lindley and Valentino, JJ.